Thomas M. Melsheimer (admitted *Pro Hac Vice*)
melsheimer@fr.com
Thomas B. Walsh, IV (admitted *Pro Hac Vice*)
walsh@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Ste. 5000
Dallas, TX 75201
Telephone: (214) 747-5070/Facsimile: (214) 747-2091

Olga May (SBN 232012)
omay@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-4745/Facsimile:  (858) 678-5099

David A. Gerasimow (admitted *Pro Hac Vice*)
gerasimow@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza, 60 South Sixth Street
Minneapolis, MN 55402
Telephone:  (612) 335-5070/Facsimile:  (612) 288-9696

Attorneys for Plaintiff FFF ENTERPRISES, INC.


William E. Ireland (SBN 115600)
wireland@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, 45th Floor
Los Angeles, California 90071
Telephone: 213.542.8000/Facsimile: 213.542.8100

Jamil N. Alibhai (admitted *pro hac vice*)
jalibhai@munckwilson.com
MUNCK WILSON MANDALA, LLP
12770 Coit Road, Suite 600
Dallas, Texas 75251
Telephone: 972.628.3600/Facsimile: 972.628.3616

Attorneys for Defendants ASD SPECIALTY HEALTHCARE, INC.
AND AMERISOURCEBERGEN SPECIALTY GROUP, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| FFF ENTERPRISES, INC., | Case No. 5:14-cv-02092-BRO (DTBx) |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | Judge: Hon. Beverly Reid O'Connell |
| ASD SPECIALTY HEALTHCARE, INC. AND AMERISOURCEBERGEN SPECIALTY GROUP, INC., | Courtroom: 14 |
| Defendants. | |

2

Pursuant to this Court's March 30, 2015 Order re Motion to Dismiss (Dkt. No. 36), Plaintiff FFF Enterprises Inc. and Defendants ASD Specialty Healthcare, Inc. and AmerisourceBergen Specialty Group, Inc. submit this Joint Status Report regarding *AmerisourceBergen Specialty Group, Inc. v. FFF Enterprises, Inc.*, Civil Action No. 4:13-cv-00755-RAS, pending in the Eastern District of Texas ("the EDTX Action").

1.    On April 29, 2015, the parties filed a Joint Status Report in this case (Dkt. No. 37).

2.    On May 29, 2015, the parties filed a second Joint Status Report in this case (Dkt. No. 38).

3.    On June 29, 2015, the parties filed a third Joint Status Report in this case (Dkt. No. 39).

4.    There have been no additional developments in the EDTX Action since the time of the filing of Dkt. No. 39.

Dated:  July 28, 2015

**FISH & RICHARDSON P.C.**

By: */s/ Olga May*
Olga May (SBN 232012)
omay@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-4745
Facsimile:  (858) 678-5099

Thomas M. Melsheimer (admitted *Pro Hac Vice*)
melsheimer@fr.com
Thomas B. Walsh, IV (admitted *Pro Hac Vice*)
walsh@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Ste. 5000
Dallas, TX 75201
Telephone:  (214) 747-5070
Facsimile:   (214) 747-2091

David A. Gerasimow (admitted *Pro Hac Vice*)
gerasimow@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza, 60 South Sixth Street
Minneapolis, MN 55402
Telephone:  (612) 335-5070
Facsimile:   (612) 288-9696

Attorneys for Plaintiff FFF ENTERPRISES, INC.

Dated:  July 28, 2015

**HAIGHT BROWN & BONESTEEL LLP**

By: */s/ William E. Ireland*
William E. Ireland (SBN 115600)
Email: wireland@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, 45th Floor
Los Angeles, California 90071
Telephone: (213) 542-8000
Facsimile:  (213) 542-8100

Attorneys for Defendants ASD SPECIALTY
HEALTHCARE, INC. AND
AMERISOURCEBERGEN SPECIALTY GROUP,
INC.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 28, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ Olga I. May*
Olga I. May
omay@fr.com