UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FFF Enterprises, Inc., <br><br> Plaintiff, <br><br> v. <br><br> ASD Specialty Healthcare, Inc. <br><br> Defendants. | Case No. ED CV 14-02092 BRO (DTBx) <br><br> **ORDER RE STAY OF ACTION AND ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF STAY** |

The Court, having stayed the matter pending a decision by the Eastern District of Texas on FFF Enterprises Inc.'s November 4, 2014 motion to dismiss for lack of standing. AmerisourceBergen Specialty Group., 4:13-cv-00755-RAS (Dkt. No. 49) and **GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** that:

IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court.

The Court ORDERS the parties to promptly inform the Court of the court's decision on the pending motion to dismiss

In order to permit the Court to monitor this action, the Court orders the parties to file periodic status reports.

The first such report is to be filed on November 28, 2015, unless the stay is lifted sooner. Successive reports shall be filed every 60 days thereafter. Each report must indicate on the face page the date on which the next report is due.

1.

All pending calendar dates are vacated by the Court.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

IT IS SO ORDERED.

DATED: October 28, 2015

_____
HON. BEVERLY REID O'CONNELL
United States District Judge

2.